UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **INFORMATION** |
|---|---|
| v. | 25 Cr. 131 |
| STANLEY BRUCE,<br>a/k/a "SB," | |
| Defendant. | |

## COUNTS ONE THROUGH SEVEN
### (Narcotics Possession and Distribution)

The United States Attorney charges:

1. On or about the dates set forth below, in the Southern District of New York and elsewhere, STANLEY BRUCE, a/k/a, "SB," the defendant, knowingly and intentionally distributed and possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substances involved in the offenses, as set forth below, were (1) 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (2) mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

| Count | Approximate Date | Narcotic | Weight | Penalty Provision |
|---|---|---|---|---|
| One | June 25, 2024 | Cocaine Base | 48.336 grams | 21 U.S.C. § 841(b)(1)(B) |
| Two | June 28-29, 2024 | Cocaine Base | 48.707 grams | 21 U.S.C. § 841(b)(1)(B) |
| Three | August 2, 2024 | Cocaine Base | 51.339 grams | 21 U.S.C. § 841(b)(1)(B) |
| Four | July 7, 2024 | Cocaine | 99.768 grams | 21 U.S.C. § 841(b)(1)(C) |
| Five | July 15, 2024 | Cocaine | 99.592 grams | 21 U.S.C. § 841(b)(1)(C) |
| Six | July 21, 2024 | Cocaine | 68.425 grams | 21 U.S.C. § 841(b)(1)(C) |
| Seven | July 25, 2024 | Cocaine | 100.324 grams | 21 U.S.C. § 841(b)(1)(C) |

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C).)

## COUNT EIGHT
### (Firearms Trafficking – Unlicensed Dealing of Firearms)

The United States Attorney further charges:

3. Between at least in or about June 2024 through at least in or about July 2024, in the Southern District of New York and elsewhere, STANLEY BRUCE, a/k/a, "SB," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly engaged in the business of importing, manufacturing, and dealing in firearms, and in the course of such business shipped, transported, and received a firearm in interstate and foreign commerce, and aided and abetted the same, to wit, the defendant engaged in the business of dealing firearms.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in Count One through Seven of this Indictment, STANLEY BRUCE, a/k/a, "SB," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to $9,940 in United States currency representing the amount of proceeds traceable to the commission of said offenses.

5. As a result of committing the offense alleged in Count Eight of this Information, STANLEY BRUCE, a/k/a, "SB," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense.

## SUBSTITUTE ASSETS PROVISION

6.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*/s/ Matthew Podolsky*
MATTHEW PODOLSKY
Acting United States Attorney